420 A.2d 1046

**In re the Petition of the PENNSYLVANIA INSURANCE GUARANTY ASSOCIATION.**

Supreme Court of Pennsylvania.

Oct. 23, 1980.

## ORDERED

AND NOW, this 23d day of October, 1980 it is hereby ordered and decreed that:

All Courts of inferior jurisdiction in the Commonwealth of Pennsylvania shall stay all proceedings in said Courts, including execution proceedings, involving claims against Concord Mutual Insurance Company or any person whom Concord Mutual Insurance Company is obligated to defend for a period of ninety days from the date hereof.